| PROB 22 (Rev. 01/24) | | DOCKET NUMBER (Trans Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 0754 3:17CR30196-001 |
| | | DOCKET NUMBER (Rec. Court) |
| | | 2:25-cr-00165-CDS-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASE | DISTRICT | DIVISION / OFFICE |
|---|---|---|
| Jaye Bookhart<br>Las Vegas, NV | Southern District Of Illinois | East St. Louis |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Nancy J. Rosenstengel, Chief U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: April 29, 2021    TO: April 28, 2026 |

**OFFENSE**

21 U.S.C. §846 Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substance

21 U.S.C. §841(a)(1) and 841(b)(1)(A) and Pinkerton Liability, 328 U.S. 640, 647-48 (1946)

Possession with Intent to Distribute N-phenyl-N[1-(2-phenylethyl-4piperidinyl] Propanamide

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Community ties, no intention of returning to Southern Illinois

---

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF NEVADA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 27, 2025                                                /s/ Nancy J. Rosenstengel

DATE                                                       UNITED STATES DISTRICT JUDGE

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 10, 2025                                            /s/ Cristina D. Silva

DATE                                             Cristina D. Silva, UNITED STATES DISTRICT JUDGE